February 23, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

JOHN J. PRESTON AND MONICA S. PRESTON, Appellants

NO. 14-12-00024-CV                V.

MICHAEL A. INGLIS AND ALLEN GREGORY ALPER, Appellees

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on September 23, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by JOHN J. PRESTON AND MONICA S. PRESTON.

We further order this decision certified below for observance.

We further order the mandate be issued immediately.